UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 01-247 (FSH) |
| v. | |
| RONALD DAVIS. | **ORDER** |
| Defendant. | |

This matter having come before the Court by letter dated May 18, 2009 by Defendant, Ronald Davis, requesting the entry of an Order terminating his term of Supervised Release imposed on April 29, 2002; and the Government having submitted a letter dated June 12, 2009 opposing such request; and the Court having considered the arguments and for good cause shown;

**IT IS** on this 25th day of June, 2009,

**ORDERED** that the Defendant's request to terminate his term of Supervised Release is hereby **DENIED.**

    /s/ Faith S. Hochberg
United States District Judge